PACTIV LLC, Plaintiff–Appellee,

Pactiv Corporation, Counterclaim Defendant,

v.

MULTISORB TECHNOLOGIES, INC., Defendant–Appellant.

No. 2014–1816.

United States Court of Appeals, Federal Circuit.

Nov. 4, 2015.

Daniel Shulman, Reynolds Group Holdings Ltd., Lake Forest, IL, argued for plaintiff-appellee. Also represented by David E. De Lorenzi, Wendy Risa Stein, gibbons P.C., Newark, NJ.

Jennifer L. Friedman, McGee & Gelman, Buffalo, N.Y., argued for defendant-appellant. Also represented by Laura A. Colca.

MOORE, REYNA, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**